IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL GLASS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1558 |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER OF COURT

**AND NOW**, this **27th day of September, 2007**, in accordance with the foregoing memorandum opinion, it is **HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Document No. 13) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Document No. 10) is **GRANTED**.

3. Judgment is entered in favor of plaintiff and against defendant, and the decision of the Commissioner is vacated and the case remanded for further proceedings consistent with the accompanying memorandum opinion.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record